UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-P/CD-O-

NJASANG NJI,

        Petitioner,

        -v-

**DECISION and ORDER**
14-CV-1001C

TODD TRYON, Assistant Field Office Director
("AFOD"), Buffalo Federal Detention Facility
("BFDF"), DHS/ICE,

        Respondent.

      Petitioner Njasang Nji, who is currently detained at Buffalo Federal Detention Facility pursuant to a final order of removal, seeks relief pursuant to 28 U.S.C. § 2241 as more fully set forth in the petition. Petitioner has paid the $ 5.00 filing fee and has requested assignment of counsel (Docket No. 2).

      In addition, the docket indicates that plaintiff filed a motion to relieve an individual of his duties in the law library of the detention facility (Docket No. 3).

      IT HEREBY IS ORDERED as follows:

      **1.**    Petitioner's request for assignment of counsel is denied as premature (Docket No. 2).

      **2.**    The Clerk of the Court is directed to dismiss the item docketed as a motion to relieve an individual of his duties in the law library of the detention facility for the reason that this item is not a motion (Docket No. 3). It is instead a copy of a memorandum and additional information petitioner appears to have sent to the Field Office Director of the Buffalo Federal Detention Facility.

3. Within **45 days** of the service of this order, respondent shall file and serve an **answer** to the application with the Clerk of Court which shall respond to the allegations of the petition. Alternatively, in the appropriate case, respondent may file a motion to dismiss the petition, accompanied by pertinent exhibits which demonstrate that an answer to the petition is unnecessary, by no later than **45 days** from service of this order.

Respondent also shall file and serve by the above date a **memorandum of law** with the Clerk of Court addressing each of the issues raised in the petition and including citations of relevant supporting authority. Respondent is directed to accompany all citations to sections of the Immigration and Naturalization Act with reference to the appropriate sections of Title 8 of the United States Code.

Petitioner shall have **25 days** upon receipt of the answer to file a written response to the answer and memorandum of law (or motion to dismiss).

4. The Clerk of Court shall serve a copy of the petition, together with a copy of this order, by certified mail, upon the following:

- Facilities Director, Buffalo Federal Detention Center, 4250 Federal Drive, Batavia, New York 14020;

- Office of General Counsel, Department of Homeland Security, Washington, D.C. 20528;

- Attorney General of the United States, Main Justice Building, 10th and Constitution Avenues N.W., Washington, D.C. 20530; and

- United States Attorney for the Western District of New York, Civil Division, 138 Delaware Avenue, Buffalo, New York 14202.

**THE PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR THE RESPONDENT.**

SO ORDERED

Dated:     December 31, 2014
           Rochester, New York

_____
ELIZABETH A. WOLFORD
United States District Judge